PER CURIAM.
Affirmed. See Fla. R. App. P. 9.315; Carbajal v. State, 75 So.3d 258 (Fla.2011); Baker v. State, 878 So.2d 1236 (Fla.2004); Lareau v. State, 573 So.2d 813 (Fla.1991); State v. King, 426 So.2d 12 (Fla.1982); State v. Broom, 523 So.2d 639 (Fla. 2d DCA 1988); Farrell v. State, 62 So.3d 20 (Fla. 1st DCA 2011); Branch v. State, 990 So.2d 585 (Fla. 3d DCA 2008); Thier v. State, 967 So.2d 259 (Fla. 3d DCA 2007); Gould v. State, 860 So.2d 1056 (Fla. 5th DCA 2003).
LaROSE, SLEET, and LUCAS, JJ., Concur.